Benjamin Cohen, Suing on Behalf of Himself and Other Stockholders of Rugby Lumber Co., Inc., Similarly Situated, Who May Desire to Come in and Contribute to the Expense of this Action, Appellant, v. Joseph Friedland, Individually and as a Director of Rugby Lumber Co., Inc., and as Trustee in Dissolution of

Rugby Lumber Co., Inc., Pursuant to Section 105 of the Stock Corporation Law, and Rugby Lumber Co., Inc., a Domestic Corporation in Dissolution, Respondents.— Order, in so far as it dismisses the complaint and directs judgment, and judgment entered thereon, reversed upon the law, with ten dollars costs and disbursements, and judgment vacated. In so far as it grants the motion to strike out the causes of action contained in the complaint, the order is affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead over within twenty days from the entry of the order herein. In our opinion, upon the facts set forth in the six so-called causes of action, the plaintiff has one cause of action, to wit, a stockholder's derivative action, but he must first establish at the trial that he was defrauded of his 150 shares of stock. Appeal from order denying motion to resettle order dismissed. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.